1  GARY S. FERGUS, (CA Bar No. 095318)
   FERGUS, A LAW OFFICE
2  595 Market Street, Ste. 2430
   San Francisco, California 94115
3  Telephone:  (415) 537-9032
   Facsimile:   (415) 537-9038
4  E-mail: gfergus@ferguslegal.com

5  PAUL K. VICREY *(pro hac vice pending)*
   PATRICK F. SOLON *(pro hac vice pending)*
6  KARA L. SZPONDOWSKI *(pro hac vice pending)*
   OLIVER D. YANG *(pro hac vice pending)*
7  DAN R. FERRI *(pro hac vice pending)*
   NIRO, SCAVONE, HALLER & NIRO
8  181 W. Madison St., Suite 4600
   Chicago, Illinois  60602
9  Phone: (312) 236-0733
   Fax:     (312) 236-3137
10 E-mail: vickrey@nshn.com
   E-mail: solon@nshn.com
11 E-mail: szpondowski@nshn.com
   E-mail: oyang@nshn.com
12 E-mail: dferri@nshn.com

13 Attorneys for Dennis Fernandez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DENNIS FERNANDEZ, | ) Case No. C 11-4491 HRL |
|  | ) |
| Plaintiff, | ) **AMENDED PROOF OF SERVICE RE** |
|  | ) **DECLINATION TO PROCEED BEFORE A** |
| v. | ) **MAGISTRATE JUDGE AND REQUEST FOR** |
|  | ) **REASSIGNMENT TO A UNITED STATES** |
| ADOBE SYSTEMS, INC.; CISCO | ) **DISTRICT JUDGE** |
| SYSTEMS, INC.; INTERCALL, INC. AND | ) |
| BLACKBOARD, INC., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |

---

Fernandez v. Adobe Systems, Inc., *et al.*, Case No. C 11-4491 HRL
Amended Proof of Service Re Declination to Proceed Before Magistrate Judge and Request Reassignment to US District Judge

PROOF OF SERVICE

I, Gary S. Fergus, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this cause. My business address is Fergus, a law office, 595 Market Street, Suite 2430, San Francisco, California 94105.

On September 26, 2011 I caused to be served a copy of the **Amended Proof of Service Re Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge** on the parties to this action as follows:

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Fergus, A Law Office, San Francisco, California. I am readily familiar with Fergus, A Law Office's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

| | |
|---|---|
| Shirley Sloan<br>Legal Dept. Representative<br>Adobe Systems, Inc.<br>345 Park Ave., #W18<br>San Jose, CA 95110 | Bill Silverio<br>Sr. Corporate Counsel<br>Cisco Systems<br>5030 Sugarloaf Parkway<br>Lawrenceville, GA 30044 |
| Daniel R. Foster<br>McDermott, Will & Emery<br>18191 Von Karman Ave., Ste. 500<br>Irvine, CA 92612-7108 | Amber Evans<br>Paralegal<br>InterCall, Inc.<br>8420 West Bryn Mawr, Ste. 1100<br>Chicago, IL 60631 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on the 26th of September 2011 at San Francisco, California.

/s/ Gary S. Fergus
Gary S. Fergus

2.

---

Fernandez v. Adobe Systems, Inc., *et al.*, Case No. CV 11-4491 HRL
Amended Proof of Service Re Declination to Proceed Before Magistrate Judge and Request Reassignment to US District Judge