GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

PAUL K. VICKREY *(Pro Hac Vice)*
PATRICK F. SOLON *(Pro Hac Vice)*
KARA L. SZPONDOWSKI (Pro Hac Vice)
OLIVER D. YANG (Pro Hac Vice)
DAN R. FERRI (Pro Hac Vice)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpondowski@nshn.com
E-mail: oyang@nshn.com
E-mail: dferri@nshn.com

Attorneys for Plaintiff
Dennis Fernandez

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADOBE SYSTEMS, INC.; CISCO SYSTEMS, INC.; INTERCALL, INC. AND BLACKBOARD, INC.<br><br>                    Defendants. | Case No. 11-cv-4491<br><br>Magistrate- Judge Howard R. Lloyd<br><br>**STIPULATION TO EXTEND DATE TO ANSWER OR OTHERWISE PLEAD** |

Plaintiff Dennis Fernandez and Defendant Cisco Systems, Inc. hereby stipulate, pursuant to Local Rule 6-1, to extend the date of Cisco to answer or otherwise plead to the Complaint by 28 days, until October 31, 2011.

1

2

3   Respectfully submitted,

4   Dennis Fernandez

5

6   By:    /s/ Paul K. Vickrey

    Paul K. Vickrey, One of his Attorneys

7

8

9   Cisco Systems, Inc.

10  By:   /s/ William Silverio

11  William Silverio, One of its Attorneys

12

13

14

15

16

17

18

19

20

21

22

23

24

25  STIPULATION TO EXTEND DATE TO ANSWER OR OTHERWISE PLEAD – Case No. C 11-4491          - 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2011 the foregoing

**STIPULATION TO EXTEND DATE TO ANSWER OR OTHERWISE PLEAD**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

***Counsel for Blackboard Inc.***
Daniel R. Foster
McDermott, Will & Emery, LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
dfoster@mwe.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

*/s/ Paul K. Vickrey*
Attorneys for Plaintiff

STIPULATION TO EXTEND DATE TO ANSWER OR OTHERWISE PLEAD – Case No. C 11-03847