| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| GARY S. FERGUS, ESQ. (095318)<br>FERGUS, A LAW FIRM<br>595 Market Street, Suite 2430<br>San Francisco, California  94105 | (415) 537-9030 | |
| Attorneys for:  DENNIS FERNANDEZ | Ref. No. Or File No.<br>W2583000 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS FERNANDEZ

Defendant:
ADOBE SYSTEMS, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 11-4491 HRL |
|---|---|---|---|---|

I, Eli Drabman, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; PLAINTIFF'S L.R. 3-16 STATEMENT ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : ADOBE SYSTEMS, INC.

By Serving           : SHIRLEY SLOAN, Legal Department Representative

Address              : 345 Park Avenue, #W18, San Jose, California  95110
Date & Time          : Thursday, September 15, 2011 @ 2:30 p.m.
Witness fees were    : Not applicable.

Person serving:
Eli Drabman
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1348
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 15, 2011                    Signature:_____
                                                       Eli Drabman


Printed on recycled paper