| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| GARY S. FERGUS, ESQ. (095318)<br>FERGUS, A LAW FIRM<br>595 Market Street, Suite 2430<br>San Francisco, California 94105 | (415) 537-9030 | |
| Attorneys for: DENNIS FERNANDEZ | Ref. No. Or File No.<br>W2583003 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>DENNIS FERNANDEZ | | |
| Defendant:<br>ADOBE SYSTEMS, INC. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 11-4491 HRL |
|---|---|---|---|---|

I, Jason Holinka, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; PLAINTIFF'S L.R. 3-16 STATEMENT ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : INTERCALL, INC. |
| By Serving | : AMBER EVANS, Paralegal |
| Address | : 8420 West Bryn Mawr, Suite 1100, Chicago, IL 60631 |
| Date & Time | : Monday, September 12, 2011 @ 3:10 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Jason Holinka
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 13, 2011   Signature: _____
                                         Jason Holinka

OFFICIAL SEAL
CAROL PLANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/24/13

Printed on recycled paper