**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DENNIS FERNANDEZ,                         No. C 11-04491 WHA

11          Plaintiff,

12      v.                                     **ORDER VACATING
                                               ORDER TO SHOW CAUSE**
13   ADOBE SYSTEMS, INC.,

14          Defendant.
                                          /
15   ————————————————————————

16          In light of plaintiff's voluntary dismissal of all but the first-named defendant, the

17   September 28 order to show cause why the claims in this multi-defendant action should not be

18   severed is **VACATED**.

19

20          **IT IS SO ORDERED.**

21

22   Dated: October 7, 2011.

23                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28