**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADOBE SYSTEMS, INC.<br><br>    Defendant. | **Case No.: 11-CV-4491 YGR**<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court previously entered a stay of this action pending re-examination of U.S. Patent No. 7,221,387. The Court **SETS** a status conference regarding the progress of the re-examination proceedings for **July 18, 2014, at 9:01 a.m.** Five days prior to the conference, the parties shall file a joint status statement indicating whether the re-examination has been completed and whether and whether the stay should be lifted. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: June 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**