**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADOBE SYSTEMS, INC.<br><br>    Defendant. | **Case No.: 11-CV-4491 YGR**<br><br>**ORDER SETTING STATUS CONFERENCE** |

The parties have filed their Joint Status Report. In light of the ongoing reexamination proceedings, the stay in this matter shall continue in effect.

The Court **CONTINUES** the status conference regarding the progress of the re-examination proceedings, currently set for July 18, 2014, to **November 21, 2014, at 9:01 a.m.** Five days prior to the conference, the parties shall file a joint status statement indicating whether the re-examination has been completed and whether the stay should be lifted. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: July 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**